**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED

KL

5/28/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

20-CV-3170

JUDGE FEINERMAN
MAGISTRATE JUDGE FUENTES

| | |
|---|---|
| JOREL SHOPHAR<br>*Petitioners*<br><br>vs.<br><br>JOHNSON COUNTY KANSAS<br>JUDGE CHRISTINA GYLLENBORG<br>KRISSY GORSKI<br>*Respondents* | **CASE NO:**<br>28 U.S. Code § 1331 - Federal Question<br>28 U.S. Code § 1332 - Diversity<br>**28 U.S. Code § 1441 - Removal**<br>**28 U.S. Code § 1443 - Civil Rights**<br>28 U.S. Code § 1446 - Removal<br>28 U.S. Code § 4101 – Defamation<br>42 U.S. Code § 1983 – Deprivation<br><br>**REQUEST FOR PROSECUTOR:**<br>18 U.S.C. Code § 1519 - Cover-up<br>18 U.S. Code § 2261A (2)(b) – Harassment<br><br>720 ILCS 5/32-9.5 Foreign Protection Order Fraud |

**NOTICE OF REMOVAL**

**COMES NOW,** JOREL SHOPHAR, to file a **NOTICE OF REMOVAL** in the United States District

Court for the Northern District of the **State of Illinois**. The Petitioner is a resident of the State of Illinois,

and has been so for over 1 ½ years, due to Petitioner's wife attaining work in the State of Illinois to become

a school teacher, which prompted the Petitioner to move back to the State of Illinois, which is where the

Petitioner eldest children were born, and his wife was born.

The Petitioner brings this case to the Northern District of Illinois pursuant to **28 U.S. Code § 1446**

**– Removal**, **28 U.S. Code § 1441 – Removal** and **28 U.S. Code § 1443 - Civil Rights.** Petitioner Shophar

has been made a Defendant in another **FRAUDULENT FOREIGN PROTECTION ORDER** by

JOHNSON COUNTY KANSAS, JUDGE CHRISTINA GYLLENBORG, AND KRISSY GORSKI. The

Petitioner has filed Complaints in the State of Michigan due to the same malicious conduct by the State

Actors listed above, who are attempting to mischaracterize the Petitioner and Cover-up sexual abuse, and

physical abuse of the children by Krissy Gorski and sexual, and physical abuse as the children have been

illegal SEIZED as **WARDS OF THE STATE OF KANSAS** without probable cause against the Petitioner.

## BIBLICAL LAW

**Isaiah 56:1**

Thus saith the Lord, Keep ye judgment, and do **justice**: for my salvation is near to come, and my righteousness to be revealed.

**Exhibit 1 – Fraudulent Protection Order Received May 27th, 2020**

**Exhibit 2 – Illinois Toll Records April 2020**

**Exhibit 3 – Illinois Toll Records May 2020**

*Exhibit 1*

IN THE DISTRICT COURT OF **JOHNSON** COUNTY, KANSAS

**KRISSY ANN GORSKI**
_____
Plaintiff

✗ CASE 17CV 5156

vs.

Case No. _7 UCV 19608_

**JOREL RAMAN SHOPHAR**
_____
Defendant

Petition Pursuant to K.S.A. Chapter 60

## PETITION FOR PROTECTION FROM STALKING, SEXUAL ASSAULT, OR HUMAN TRAFFICKING ORDER
### (K.S.A. 60-31a01 *et seq.*)

1. Plaintiff seeks an order for protection from stalking, sexual assault, or human trafficking for:

   a. ☑ **myself;**

   **OR**

   b. ☐ **a minor child (under age 18)**
      Plaintiff is:
      ☐ the parent of the child
      ☐ an adult who resides with the child
      ☐ the child's court appointed legal custodian
      ☐ the child's court-appointed legal guardian
      ☐ a county or district attorney
      ☐ the Kansas attorney general

   The minor child's name and year of birth are:

   Minor Child's Name: _____

   Year of Birth: _____

2. Defendant can be served at: *(please provide all available addresses)*

   HOME: street **1015 Hobble Bush Ln** city **Elgin**

   state **IL** zip code **60120** phone number _____

   times when defendant is usually there **evenings**

Rev. 7/2018 KSJC

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2020 MAY -7 PM 3: 55

WORK: street _____ city _____

state _____ zip code _____ phone number _____

times when defendant is usually there _____

OTHER: street _____ city _____

state _____ zip code _____ phone number _____

times when defendant is usually there _____

4.  If the defendant is a minor, a Minor Defendant Addendum is attached.

5.  List any other related court cases involving Plaintiff, minor child (*if applicable*),
    or Defendant.
    (*give type of case, county filed in, case number and date filed, if known*)

    Plaintiff:

    _____

    _____

    Minor Child:

    _____

    _____

    Defendant:

    _____

    _____

6.  *Select and complete either section A, B, or C. Attach more pages as needed.*

    ☑ A. Describe the incidents of stalking. Include specific facts, dates and locations:

    Incident #1:  A few months ago, in 2020, Defendant sent Plaintiff a 50-100 page letter stating that she

    was a horrible person, he's going to show her for what she really is, God is going to punish her, he's

    going to take her down, he's going to file in the US Supreme Court against her, etc. Plaintiff's address

    is supposed to be confidential and she does not know how Defendant got it, except through stalking her.

Incident #2: Over the past few months, Defendant's niece has called Plaintiff and warned her that Defendant talk about her constantly. She said that she is fearful for Defendant's life, Defendant's children, and her own children. He drives to Kansas, around eight hours each way, about once per month to stalk Defendant.

Additional Incident(s), if any:

_____

_____

_____

_____

**OR**

☐ **B.** Describe the incident of sexual assault. Include specific facts, dates and locations:

_____

_____

_____

_____

_____

_____

**OR**

☐ **C.** Describe the incident of human trafficking. Include specific facts, dates, and locations:

_____

_____

_____

_____

_____

_____

SCAN DATE 2020/05/07 15:57

7.  Plaintiff/child needs a protection from stalking, sexual assault, or human trafficking order because: Defendant's stalking and harassment is escalating. He found Plaintiff's address despite her best efforts to keep it confidential specifically from him. She's afraid that that with his escalation, he may turn to physical violence next or even kill her.

8.  Plaintiff requests that the court issue an ex parte Temporary Order of Protection and Final Order of Protection restraining defendant from:

    ☑ abusing, molesting or interfering with the privacy or rights of the protected person.

    ☑ following, harassing, telephoning, contacting or otherwise communicating with the protected person.

    ☐ committing or attempting to commit a sexual assault upon the protected person.

    ☐ following, harassing, telephoning, contacting, recruiting, harboring, transporting, or committing or attempting to commit human trafficking upon the protected person.

    ☑ entering or coming around the residence or area of the protected person.

    ☐ other: _____

    ☐ other: _____

9.  *(Check box if you are asking for the transfer of wireless telephone numbers. Leave box blank if you are not asking for the transfer of wireless telephone numbers.)*

    ☐ Plaintiff asks the court to order the transfer of rights to and billing responsibility for the wireless telephone number of ☐ **Plaintiff and/or** ☐ **minor child(ren)** in the care of Plaintiff.

10. The court should give copies of orders to the appropriate law enforcement agencies; set a date, time and hearing on this matter; and issue summons to Defendant, notifying Defendant of this action and the relief requested.

11. After a hearing, the court should issue a Final Order of Protection from Stalking, Sexual Assault, or Human Trafficking prohibiting Defendant from committing any acts of stalking, sexual assault, or human trafficking against the protected person; order Defendant to pay court costs and attorney fees if appropriate; and order any other relief necessary for the safety of the protected person including:

    _____

    _____

SCAN DATE 2020-05-07 15:57

## VERIFICATION

I verify under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct. Executed on _May 7th_ , 20 _20_

_Plaintiff's Signature_

Plaintiff's Name: _Krissy Gorski_

**(DO NOT include the residential address of Plaintiff in this petition. Plaintiff must complete the Protection from Stalking, Sexual Assault, or Human Trafficking Confidential Information form and include it with this petition.)**

_____
Attorney representing Plaintiff (if any)

Attorney's Name: _____

Address 1: _____

Address 2: _____

City, State, Zip: _____

Telephone: _____

Rev. 7/2018 KSJC                    Page 5 of 5

SCAN DATE 2020/05/07 15:57

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

Krissy Ann Gorski
_____

Plaintiff

vs.

Jorel Raman Shophar
_____

Defendant

Case No.   20CV1968

Division No. 9

## CONTINUANCE OF TEMPORARY ORDER OF PROTECTION, NOTICE OF HEARING AND SUMMONS

Now on this 14th day of May, 2020, this case comes on for hearing as previously set. The Plaintiff appears pro se via email. Defendant has not been served. The Court finds, for good cause shown, that the hearing for the final orders should be continued to the 4th day of June, 2020, at 9:00 a.m. in Division 9 of this Court.

☐   The Temporary Orders of Protection previously entered herein are attached and shall remain in full force and effect until further order of the Court, except for the following: _____

_____
_____
_____
_____

**The first hearing/trial will be by video/phone conference.**

### DO NOT APPEAR IN PERSON. DO NOT COME TO THE COURTHOUSE UNTIL DIRECTED.
**If you do not provide the requested information in advance of the hearing date, the Court might enter a permanent order that could last for up to one year.**

**IT IS SO ORDERED.**

/s/ Christina Dunn Gyllenborg
Christina Dunn Gyllenborg

### PRAECIPE FOR ISSUANCE OF SUMMONS

To the Sheriff of   Cook
_____

County,     IL     serve Defendant at:
_____

at:1015 Hobble Bush Lane
_____

Elgin, IL  60120
_____

_____

To the Sheriff of Johnson County, Kansas,

serve on Chief Law Enforcement Officer

Confidential

_____

_____

PFA4-Continuance *Rev. 07/11*

*Clerk of the District Court, Johnson County Kansas*
*5/14/2020 09:44:41 MM*

# Activity Details

*Illinois Tollway*

Exhibit 2

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 04/02/2020 11:02:57 AM | PAYMENT | - | - | - | $20.00 | - | 04/02/2020 11:02:57 AM | $19.35 |
| 04/02/2020 11:37:19 AM | TOLL | Plaza-19-River Rd-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 04/02/2020 11:59:31 AM | $18.60 |
| 04/02/2020 6:15:05 PM | TOLL | Plaza-17-Devon Ave-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 04/02/2020 6:36:31 PM | $17.85 |
| 04/02/2020 6:33:16 PM | TOLL | Plaza-13-Route 25-Lane 4 | 01512544205 | - | -$0.55 | ILTOLL | 04/02/2020 6:54:31 PM | $17.30 |
| 04/03/2020 3:21:24 PM | TOLL | Plaza-18-Arlington Heights-Lane 5 | 01512544205 | - | -$0.45 | ILTOLL | 04/03/2020 3:42:07 PM | $16.85 |
| 04/03/2020 4:26:03 PM | TOLL | Plaza-18A-Elmhurst Rd-Lane 63 | 01512544205 | - | -$0.55 | ILTOLL | 04/03/2020 4:47:06 PM | $16.30 |
| 04/03/2020 4:38:41 PM | TOLL | Plaza-16-Beverly Rd.-Lane 11 | 01512544205 | - | -$0.45 | ILTOLL | 04/03/2020 4:59:31 PM | $15.85 |
| 04/04/2020 9:23:54 AM | TOLL | Plaza-14-Route 59-Lane 6 | 01512544205 | - | -$0.30 | ILTOLL | 04/04/2020 9:45:00 AM | $15.55 |
| 04/07/2020 11:14:05 AM | TOLL | Plaza-19-River Rd-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 04/07/2020 11:34:32 AM | $14.80 |
| 04/07/2020 6:05:33 PM | TOLL | Plaza-17-Devon Ave-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 04/07/2020 6:27:31 PM | $14.05 |
| 04/07/2020 6:21:41 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 04/07/2020 6:44:01 PM | $13.60 |
| 04/08/2020 11:00:33 AM | TOLL | Plaza-19-River Rd-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 04/08/2020 11:22:01 AM | $12.85 |
| 04/08/2020 5:48:04 PM | TOLL | Plaza-17-Devon Ave-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 04/08/2020 6:10:00 PM | $12.10 |
| 04/08/2020 6:06:46 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 04/08/2020 6:28:31 PM | $11.65 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 04/09/2020 10:33:05 AM | TOLL | Plaza-18-Arlington Heights-Lane 5 | 01512544205 | - | -$0.45 | ILTOLL | 04/09/2020 10:54:31 AM | $11.20 |
| 04/09/2020 10:47:45 AM | TOLL | Plaza-18A-Elmhurst Rd-Lane 62 | 01512544205 | - | -$0.55 | ILTOLL | 04/09/2020 11:10:01 AM | $10.65 |
| 04/09/2020 11:00:27 AM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 04/09/2020 11:22:10 AM | $10.20 |
| 04/29/2020 7:58:14 PM | TOLL | Plaza-15-Route 53-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 04/29/2020 8:19:01 PM | $9.90 |
| 04/29/2020 8:25:45 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 04/29/2020 8:47:30 PM | $9.45 |
| 05/01/2020 1:30:08 PM | TOLL | Plaza-15-Route 53-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 05/01/2020 1:52:01 PM | $9.15 |
| 05/01/2020 1:37:49 PM | TOLL | Plaza-18A-Elmhurst Rd-Lane 52 | 01512544205 | - | -$0.55 | ILTOLL | 05/01/2020 2:00:02 PM | $8.60 |
| 05/01/2020 1:55:05 PM | TOLL | Plaza-18A-Elmhurst Rd-Lane 63 | 01512544205 | - | -$0.55 | ILTOLL | 05/01/2020 2:16:33 PM | $8.05 |
| 05/01/2020 2:07:45 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/01/2020 2:30:30 PM | $7.60 |
| 05/02/2020 11:17:05 AM | TOLL | Plaza-15-Route 53-Lane 6 | 01512544205 | - | -$0.30 | ILTOLL | 05/02/2020 11:39:01 AM | $7.30 |
| 05/02/2020 11:24:57 AM | TOLL | Plaza-73-Army Trail Rd-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/02/2020 11:46:43 AM | $6.35 |
| 05/02/2020 11:37:06 AM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 52 | 01512544205 | - | -$0.95 | ILTOLL | 05/02/2020 11:58:47 AM | $5.40 |
| 05/02/2020 2:45:31 PM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 64 | 01512544205 | - | -$0.95 | ILTOLL | 05/02/2020 3:07:02 PM | $4.45 |
| 05/02/2020 2:58:00 PM | TOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/02/2020 3:19:46 PM | $3.50 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Exhibit 3

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/02/2020 3:15:03 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/02/2020 3:36:00 PM | $3.05 |
| 05/06/2020 10:08:57 AM | TOLL | Plaza-18A-Elmhurst Rd-Lane 52 | 01512544205 | - | -$0.55 | ILTOLL | 05/06/2020 10:31:02 AM | $2.50 |
| 05/06/2020 10:25:05 AM | TOLL | Plaza-33-Irving Park Rd-Lane 55 | 01512544205 | - | -$0.75 | ILTOLL | 05/06/2020 10:46:33 AM | $1.75 |
| 05/06/2020 10:32:43 AM | TOLL | Plaza-35-Cermak Rd-Lane 63 | 01512544205 | - | -$0.75 | ILTOLL | 05/06/2020 10:54:00 AM | $1.00 |
| 05/06/2020 10:38:19 AM | TOLL | Plaza-37-I-55 S (Stevenson Expressway)-Lane 4 | 01512544205 | - | -$0.30 | ILTOLL | 05/06/2020 10:59:37 AM | $0.70 |
| 05/06/2020 7:17:53 PM | TOLL | Plaza-93-127th Street-Lane 1 | 01512544205 | - | -$0.95 | ILTOLL | 05/06/2020 7:39:00 PM | -$0.25 |
| 05/06/2020 7:55:24 PM | TOLL | Plaza-93-127th Street-Lane 4 | 01512544205 | - | -$0.95 | ILTOLL | 05/06/2020 8:18:31 PM | -$1.20 |
| 05/06/2020 7:59:50 PM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/06/2020 8:21:31 PM | -$2.15 |
| 05/06/2020 8:11:36 PM | TOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/06/2020 8:33:02 PM | -$3.10 |
| 05/06/2020 8:27:45 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/06/2020 8:49:31 PM | -$3.55 |
| 05/08/2020 8:25:51 PM | PAYMENT | - | | | $20.00 | - | 05/08/2020 8:25:51 PM | $16.45 |
| 05/08/2020 8:42:36 PM | TOLL | Plaza-15-Route 53-Lane 6 | 01512544205 | - | -$0.30 | ILTOLL | 05/08/2020 9:03:31 PM | $16.15 |
| 05/08/2020 9:07:10 PM | TOLL | Plaza-13-Route 25-Lane 4 | 01512544205 | - | -$0.55 | ILTOLL | 05/08/2020 9:28:32 PM | $15.60 |
| 05/07/2020 2:20:13 PM | TTOLL | Plaza-15-Route 53-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 05/09/2020 3:56:31 AM | $15.30 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/07/2020 4:00:45 PM | TTOLL | Plaza-17-Devon Ave-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 05/09/2020 3:57:07 AM | $14.55 |
| 05/07/2020 4:15:50 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/09/2020 3:57:12 AM | $14.10 |
| 05/07/2020 2:36:10 PM | TTOLL | Plaza-35-Cermak Rd-Lane 63 | 01512544205 | - | -$0.75 | ILTOLL | 05/09/2020 5:07:40 AM | $13.35 |
| 05/07/2020 2:41:26 PM | TTOLL | Plaza-37-I-55 S (Stevenson Expressway)-Lane 5 | 01512544205 | - | -$0.30 | ILTOLL | 05/09/2020 5:08:17 AM | $13.05 |
| 05/07/2020 3:39:56 PM | TTOLL | Plaza-37-I-55 S (Stevenson Expressway)-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 05/09/2020 5:08:54 AM | $12.75 |
| 05/07/2020 3:45:43 PM | TTOLL | Plaza-35-Cermak Rd-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/09/2020 5:08:58 AM | $12.00 |
| 05/09/2020 11:59:08 AM | TOLL | Plaza-19-River Rd-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/09/2020 12:21:31 PM | $11.25 |
| 05/09/2020 1:24:52 PM | TOLL | Plaza-17-Devon Ave-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/09/2020 1:47:02 PM | $10.50 |
| 05/09/2020 1:38:25 PM | TOLL | Plaza-16-Beverly Rd.-Lane 9 | 01512544205 | - | -$0.45 | ILTOLL | 05/09/2020 2:00:33 PM | $10.05 |
| 05/10/2020 9:22:54 AM | TOLL | Plaza-15-Route 53-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 05/10/2020 9:45:00 AM | $9.75 |
| 05/10/2020 9:31:30 AM | TOLL | Plaza-73-Army Trail Rd-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 9:53:00 AM | $8.80 |
| 05/10/2020 9:44:50 AM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 10:08:30 AM | $7.85 |
| 05/10/2020 9:49:42 AM | TOLL | Plaza-93-127th Street-Lane 1 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 10:11:01 AM | $6.90 |
| 05/10/2020 12:20:36 PM | TOLL | Plaza-93-127th Street-Lane 4 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 12:43:31 PM | $5.95 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/10/2020 12:25:28 PM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 12:48:32 PM | $5.00 |
| 05/10/2020 12:38:20 PM | TOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/10/2020 1:00:31 PM | $4.05 |
| 05/10/2020 12:56:17 PM | TOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/10/2020 1:18:31 PM | $3.60 |
| 05/11/2020 12:07:57 PM | TOLL | Plaza-18-Arlington Heights-Lane 5 | 01512544205 | - | -$0.45 | ILTOLL | 05/11/2020 12:29:37 PM | $3.15 |
| 05/11/2020 1:46:45 PM | TOLL | Plaza-19-River Rd-Lane 52 | 01512544205 | - | -$0.75 | ILTOLL | 05/11/2020 2:08:32 PM | $2.40 |
| 05/11/2020 3:06:22 PM | TOLL | Plaza-51-York Rd-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/11/2020 3:28:01 PM | $1.65 |
| 05/11/2020 3:20:49 PM | TOLL | Plaza-89-Boughton Rd Mainline-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/11/2020 3:42:03 PM | $0.70 |
| 05/11/2020 3:25:23 PM | TOLL | Plaza-93-127th Street-Lane 1 | 01512544205 | - | -$0.95 | ILTOLL | 05/11/2020 3:46:03 PM | -$0.25 |
| 05/15/2020 3:39:33 PM | PAYMENT | - | - | - | $20.00 | - | 05/15/2020 3:39:33 PM | $19.75 |
| 05/15/2020 4:38:44 PM | TOLL | Plaza-9-Elgin Rd-Lane 64 | 01512544205 | - | -$0.75 | ILTOLL | 05/15/2020 4:59:31 PM | $19.00 |
| 05/15/2020 5:27:48 PM | TOLL | Plaza-15-Route 53-Lane 7 | 01512544205 | - | -$0.30 | ILTOLL | 05/15/2020 5:49:34 PM | $18.70 |
| 05/15/2020 5:36:09 PM | TOLL | Plaza-73-Army Trail Rd-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/15/2020 5:57:31 PM | $17.75 |
| 05/15/2020 5:46:10 PM | TOLL | Plaza-85-63rd St.-Lane 6 | 01512544205 | - | -$0.65 | ILTOLL | 05/15/2020 6:07:33 PM | $17.10 |
| 05/15/2020 6:50:24 PM | TOLL | Plaza-85-63rd St.-Lane 3 | 01512544205 | - | -$0.65 | ILTOLL | 05/15/2020 7:11:30 PM | $16.45 |
| 05/15/2020 7:01:03 PM | TOLL | Plaza-73-Army Trail Rd-Lane 64 | 01512544205 | - | -$0.95 | ILTOLL | 05/15/2020 7:22:33 PM | $15.50 |
| 05/15/2020 7:17:42 PM | TOLL | Plaza-16-Beverly Rd.-Lane 9 | 01512544205 | - | -$0.45 | ILTOLL | 05/15/2020 7:40:00 PM | $15.05 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/11/2020 7:52:23 PM | TTOLL | Plaza-89-Boughton Rd Mainline-Lane 82 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:14:10 AM | $14.10 |
| 05/14/2020 7:17:27 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/16/2020 1:14:36 AM | $13.65 |
| 05/14/2020 6:44:21 PM | TTOLL | Plaza-93-127th Street-Lane 4 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:14:39 AM | $12.70 |
| 05/14/2020 6:48:47 PM | TTOLL | Plaza-89-Boughton Rd Mainline-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:14:40 AM | $11.75 |
| 05/14/2020 7:00:42 PM | TTOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:14:43 AM | $10.80 |
| 05/11/2020 8:05:47 PM | TTOLL | Plaza-73-Army Trail Rd-Lane 64 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:17:15 AM | $9.85 |
| 05/11/2020 8:23:29 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/16/2020 1:22:49 AM | $9.40 |
| 05/11/2020 7:37:19 PM | TTOLL | Plaza-93-127th Street-Lane 4 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 1:23:02 AM | $8.45 |
| 05/11/2020 7:41:41 PM | TTOLL | Plaza-90-Boughton Rd.-Lane 3 | 01512544205 | - | -$0.45 | ILTOLL | 05/16/2020 1:23:03 AM | $8.00 |
| 05/14/2020 5:37:04 PM | TTOLL | Plaza-99-Spring Creek-Lane 53 | 01512544205 | - | -$1.90 | ILTOLL | 05/16/2020 1:54:52 AM | $6.10 |
| 05/13/2020 2:12:00 PM | TTOLL | Plaza-17-Devon Ave-Lane 52 | 01512544205 | - | -$0.75 | ILTOLL | 05/16/2020 2:01:30 AM | $5.35 |
| 05/13/2020 2:27:36 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/16/2020 2:01:33 AM | $4.90 |
| 05/14/2020 11:44:48 AM | TTOLL | Plaza-15-Route 53-Lane 2 | 01512544205 | - | -$0.30 | ILTOLL | 05/16/2020 2:04:25 AM | $4.60 |
| 05/14/2020 12:27:39 PM | TTOLL | Plaza-19-River Rd-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 05/16/2020 2:05:23 AM | $3.85 |
| 05/15/2020 1:33:22 PM | TTOLL | Plaza-9-Elgin Rd-Lane 64 | 01512544205 | - | -$0.75 | ILTOLL | 05/16/2020 2:09:05 AM | $3.10 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/15/2020 1:35:40 PM | TTOLL | Plaza-11-Rte 31 (North-West)-Lane 4 | 01512544205 | - | -$0.55 | ILTOLL | 05/16/2020 2:09:06 AM | $2.55 |
| 05/15/2020 1:36:15 PM | TTOLL | Plaza-11-Rte 31 (North-West)-Lane 3 | 01512544205 | - | -$0.55 | ILTOLL | 05/16/2020 2:09:06 AM | $2.00 |
| 05/13/2020 1:24:02 PM | TTOLL | Plaza-29-Touhy Ave-Lane 54 | 01512544205 | - | -$0.95 | ILTOLL | 05/16/2020 2:53:34 AM | $1.05 |
| 05/14/2020 5:20:10 PM | TTOLL | Plaza-43-Interstate 80 West-Lane 53 | 01512544205 | - | -$0.55 | ILTOLL | 05/16/2020 3:05:32 AM | $0.50 |
| 05/18/2020 4:06:02 PM | TOLL | Plaza-18A-Elmhurst Rd-Lane 52 | 01512544205 | - | -$0.55 | ILTOLL | 05/18/2020 4:27:06 PM | -$0.05 |
| 05/20/2020 6:53:58 PM | PAYMENT | - | - | - | $20.00 | - | 05/20/2020 6:53:58 PM | $19.95 |
| 05/20/2020 6:05:09 PM | TTOLL | Plaza-42-Interstate 57-Lane 56 | 01512544205 | - | -$0.75 | ILTOLL | 05/20/2020 7:00:49 PM | $19.20 |
| 05/20/2020 6:14:43 PM | TTOLL | Plaza-39-83rd St-Lane 55 | 01512544205 | - | -$0.75 | ILTOLL | 05/20/2020 7:10:31 PM | $18.45 |
| 05/20/2020 6:23:32 PM | TTOLL | Plaza-35-Cermak Rd-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/20/2020 7:20:54 PM | $17.70 |
| 05/20/2020 6:49:23 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/20/2020 7:47:54 PM | $17.25 |
| 05/18/2020 11:23:57 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/21/2020 1:14:22 AM | $16.80 |
| 05/18/2020 6:38:22 PM | TTOLL | Plaza-97-Route 7-Lane 4 | 01512544205 | - | -$1.40 | ILTOLL | 05/21/2020 1:14:23 AM | $15.40 |
| 05/18/2020 10:42:56 PM | TTOLL | Plaza-93-127th Street-Lane 4 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:14:33 AM | $14.45 |
| 05/18/2020 10:47:37 PM | TTOLL | Plaza-90-Boughton Rd.-Lane 4 | 01512544205 | - | -$0.45 | ILTOLL | 05/21/2020 1:14:33 AM | $14.00 |
| 05/18/2020 10:54:46 PM | TTOLL | Plaza-89-Boughton Rd Mainline-Lane 82 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:14:33 AM | $13.05 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/18/2020 11:07:04 PM | TTOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:14:34 AM | $12.10 |
| 05/19/2020 8:12:11 PM | TTOLL | Plaza-17-Devon Ave-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/21/2020 1:15:05 AM | $11.35 |
| 05/19/2020 6:11:34 PM | TTOLL | Plaza-21-Waukegan-Lane 64 | 01512544205 | - | -$1.40 | ILTOLL | 05/21/2020 1:15:08 AM | $9.95 |
| 05/19/2020 6:20:37 PM | TTOLL | Plaza-21-Waukegan-Lane 53 | 01512544205 | - | -$1.40 | ILTOLL | 05/21/2020 1:15:13 AM | $8.55 |
| 05/19/2020 7:43:59 PM | TTOLL | Plaza-21-Waukegan-Lane 63 | 01512544205 | - | -$1.40 | ILTOLL | 05/21/2020 1:15:59 AM | $7.15 |
| 05/18/2020 4:52:38 PM | TTOLL | Plaza-324-Hamilton Lakes Blvd-Lane 64 | 01512544205 | - | -$0.25 | ILTOLL | 05/21/2020 1:35:18 AM | $6.50 |
| 05/18/2020 4:50:49 PM | TTOLL | Plaza-320-Lively Blvd-Lane 63 | 01512544205 | - | -$0.20 | ILTOLL | 05/21/2020 1:35:18 AM | $6.95 |
| 05/18/2020 4:51:47 PM | TTOLL | Plaza-322-Mittel Drive-Lane 63 | 01512544205 | - | -$0.20 | ILTOLL | 05/21/2020 1:35:18 AM | $6.75 |
| 05/18/2020 4:58:18 PM | TTOLL | Plaza-73-Army Trail Rd-Lane 52 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:53:30 AM | $5.55 |
| 05/18/2020 5:10:43 PM | TTOLL | Plaza-89-Boughton Rd Mainline-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:53:32 AM | $4.60 |
| 05/18/2020 5:15:14 PM | TTOLL | Plaza-93-127th Street-Lane 1 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 1:53:33 AM | $3.65 |
| 05/19/2020 4:52:47 PM | TTOLL | Plaza-29-Touhy Ave-Lane 52 | 01512544205 | - | -$0.95 | ILTOLL | 05/21/2020 3:13:42 AM | $2.70 |
| 05/20/2020 12:11:35 PM | TTOLL | Plaza-33-Irving Park Rd-Lane 77 | 01512544205 | - | -$0.75 | ILTOLL | 05/21/2020 3:19:05 AM | $1.95 |
| 05/20/2020 12:40:25 PM | TTOLL | Plaza-33-Irving Park Rd-Lane 55 | 01512544205 | - | -$0.75 | ILTOLL | 05/21/2020 3:19:22 AM | $1.20 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/20/2020 12:48:29 PM | TTOLL | Plaza-35-Cermak Rd-Lane 65 | 01512544205 | - | -$0.75 | ILTOLL | 05/21/2020 3:19:27 AM | $0.45 |
| 05/20/2020 1:17:32 PM | TTOLL | Plaza-36-82nd St-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/21/2020 3:19:47 AM | -$0.30 |
| 05/27/2020 11:07:19 AM | PAYMENT | - | - | - | $20.00 | - | 05/27/2020 11:07:19 AM | $19.70 |
| 05/27/2020 11:16:04 AM | TOLL | Plaza-18A-Elmhurst Rd-Lane 52 | 01512544205 | - | -$0.55 | ILTOLL | 05/27/2020 11:37:30 AM | $19.15 |
| 05/27/2020 11:59:11 AM | TOLL | Plaza-33-Irving Park Rd-Lane 54 | 01512544205 | - | -$0.75 | ILTOLL | 05/27/2020 12:20:32 PM | $18.40 |
| 05/27/2020 12:07:58 PM | TOLL | Plaza-51-York Rd-Lane 53 | 01512544205 | - | -$0.75 | ILTOLL | 05/27/2020 12:28:34 PM | $17.65 |
| 05/27/2020 12:17:05 PM | TOLL | Plaza-85-63rd St.-Lane 6 | 01512544205 | - | -$0.65 | ILTOLL | 05/27/2020 12:38:35 PM | $17.00 |
| 05/27/2020 2:13:28 PM | TOLL | Plaza-85-63rd St.-Lane 2 | 01512544205 | - | -$0.65 | ILTOLL | 05/27/2020 2:36:05 PM | $16.35 |
| 05/27/2020 2:34:05 PM | TOLL | Plaza-75-North Ave.-Lane 1 | 01512544205 | - | -$0.75 | ILTOLL | 05/27/2020 2:56:31 PM | $15.60 |
| 05/27/2020 4:14:51 PM | TOLL | Plaza-10-Barrington-Lane 1 | 01512544205 | - | -$0.45 | ILTOLL | 05/27/2020 4:36:33 PM | $15.15 |
| 05/27/2020 4:28:59 PM | TOLL | Plaza-10-Barrington-Lane 62 | 01512544205 | - | -$0.45 | ILTOLL | 05/27/2020 4:50:04 PM | $14.70 |
| 05/27/2020 4:36:19 PM | TOLL | Plaza-11-Rte 31 (North-West)-Lane 3 | 01512544205 | - | -$0.55 | ILTOLL | 05/27/2020 4:59:00 PM | $14.15 |
| 05/27/2020 4:35:48 PM | TOLL | Plaza-11-Rte 31 (North-West)-Lane 4 | 01512544205 | - | -$0.55 | ILTOLL | 05/27/2020 4:59:00 PM | $13.60 |
| 05/23/2020 6:24:14 PM | TTOLL | Plaza-9-Elgin Rd-Lane 64 | 01512544205 | - | -$0.75 | ILTOLL | 05/28/2020 1:20:49 AM | $12.85 |
| 05/19/2020 8:27:38 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/28/2020 1:23:32 AM | $12.40 |
| 05/26/2020 10:02:01 AM | TTOLL | Plaza-320-Lively Blvd-Lane 63 | 01512544205 | - | -$0.20 | ILTOLL | 05/28/2020 1:40:31 AM | $12.20 |
| 05/26/2020 10:03:03 AM | TTOLL | Plaza-322-Mittel Drive-Lane 63 | 01512544205 | - | -$0.20 | ILTOLL | 05/28/2020 1:40:31 AM | $12.00 |

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

Shophar, Jorel
Account Number: 2005264751

Showing activity from 04/01/2020 to 05/29/2020

| Transaction Date | Transaction Type | Location | Transponder | License Plate | Amount | Agency | Posting Date | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/26/2020 10:03:59 AM | TTOLL | Plaza-324-Hamilton Lakes Blvd-Lane 64 | 01512544205 | - | -$0.25 | ILTOLL | 05/28/2020 1:40:31 AM | $11.75 |
| 05/26/2020 10:09:12 AM | TTOLL | Plaza-73-Army Trail Rd-Lane 53 | 01512544205 | - | -$0.95 | ILTOLL | 05/28/2020 2:02:18 AM | $10.80 |
| 05/26/2020 10:19:13 AM | TTOLL | Plaza-85-63rd St.-Lane 6 | 01512544205 | - | -$0.65 | ILTOLL | 05/28/2020 2:02:20 AM | $10.15 |
| 05/26/2020 1:42:20 PM | TTOLL | Plaza-85-63rd St.-Lane 3 | 01512544205 | - | -$0.65 | ILTOLL | 05/28/2020 2:03:18 AM | $9.50 |
| 05/26/2020 1:52:55 PM | TTOLL | Plaza-73-Army Trail Rd-Lane 63 | 01512544205 | - | -$0.95 | ILTOLL | 05/28/2020 2:03:20 AM | $8.55 |
| 05/23/2020 3:15:04 PM | TTOLL | Plaza-9-Elgin Rd-Lane 64 | 01512544205 | - | -$0.75 | ILTOLL | 05/28/2020 2:12:48 AM | $7.80 |
| 05/23/2020 2:09:32 PM | TTOLL | Plaza-9-Elgin Rd-Lane 52 | 01512544205 | - | -$0.75 | ILTOLL | 05/28/2020 2:14:01 AM | $7.05 |
| 05/26/2020 9:00:28 AM | TTOLL | Plaza-12-Roselle Rd.-Lane 51 | 01512544205 | - | -$0.45 | ILTOLL | 05/28/2020 2:20:09 AM | $6.60 |
| 05/26/2020 9:28:05 AM | TTOLL | Plaza-18A-Elmhurst Rd-Lane 52 | 01512544205 | - | -$0.55 | ILTOLL | 05/28/2020 2:20:15 AM | $6.05 |
| 05/26/2020 2:10:22 PM | TTOLL | Plaza-16-Beverly Rd.-Lane 10 | 01512544205 | - | -$0.45 | ILTOLL | 05/28/2020 2:22:11 AM | $5.60 |
| 05/26/2020 4:14:26 PM | TTOLL | Plaza-9-Elgin Rd-Lane 52 | 01512544205 | - | -$0.75 | ILTOLL | 05/28/2020 2:22:44 AM | $4.85 |
| 05/20/2020 1:27:45 PM | TTOLL | Plaza-42-Interstate 57-Lane 65 | 01512544205 | - | -$0.75 | ILTOLL | 05/28/2020 2:52:33 AM | $4.10 |

Total: $4.75

Any questions, please call 1-800-UCI-Pass(1-800-824-7277)

**Do not pay. This is not a bill.**

## FACTUAL BACKGROUND

i.      JOHNSON COUNTY KANSAS, JUDGE CHRISTINA GYLLENBORG, JUDGE SLOAN and KRISSY GORSKI, are conspiring against the Petitioner with continual FRAUD stretching across multiple States that must **COME TO AN END**. The Petitioner has two children in common with Krissy Gorski, ages EIGHT and SEVEN who are **WARDS OF THE STATE OF KANSAS**, after Krissy Gorski was arrested for **DUI under the influence of Meth and Heroin**.

ii.     JUDGE CHRISTINA GYLLENBORG Ordered a Fraudulent Protection Order against the Petitioner in the State of Michigan on **September 28, 2017 Case 17CV5156**, with the same malicious conduct accusing the Petitioner of using a "drone to follow Gorski from Kansas, to Michigan, and intercepted [her] calls," and accusing the Petitioner of abuse, though the Petitioner had no contact with Krissy Gorski since **August 12, 2015**, when Krissy Gorski filed her **first Fraudulent Protection Order** to receive free housing, under the 1994 VAWA ACT.

iii.    JOHNSON COUNTY State Actors placed children in Krissy Gorski's care even after learning that Krissy Gorski is a 12 Count Felon in the State of Michigan, and had Rights of a child terminated for Drug use in the year 2007. The Petitioner gave evidence that Gorski had relapsed to drug use after receiving too many opioid prescriptions from the Olathe Medical Center of Kansas, in June of 2015, which is the primary cause of this case.

iv.     JOHNSON COUNTY State Actors did not follow the Law to protect children, and violated the Petitioner's Rights from the **November 18, 2015** Civil Case to current time, Johnson County State Actors have retaliated against the Petitioner without any probable cause, only on the basis of Krissy Gorski's false allegations.

v.      Krissy Gorski has now lived FIVE YEARS in criminal conduct, which has resulted in the drug abuse, current criminal convictions and the children being sexually and physically abused.

3

vi.  The State of Kansas **SEIZED** the Petitioner's children on **April 12, 2018**, after the Gorski was arrested for DUI on **March 28, 2018**, under the influence of Meth, and Heroin. Judge Gyllenborg conspired with Judge Sloan to make the children **WARDS OF THE STATE OF KANSAS**, to elude the children from the Father, who is the Petitioner, who is trying to have the children reviewed for sexual and physical abuse and to heal them and protect them.

vii.  The Petitioner contacted Johnson County Court on **April 24, 2018**, and filed a Notice of Appearance after learning his children were SEIZED as WARDS OF THE STATE OF KANSAS. Johnson County Court violated the Petitioner's Civil Rights to the case of his children in the State of Kansas Cases **18JC0229** and **18JC0230**. The Petitioner exhausted multiple remedies to exercise his rights in the Court of Johnson County Kansas. After being denied access to the Court without merit of law, the Petitioner filed A HABEAS CORPUS COMPLAINT in the Northern District of Illinois Case: **1:2019-cv-03512-CRN. Honorable Judge Norgle** transferred the Case to the State of Kansas FORTHWITH as a HABEAS CORPUS case.

viii.  The U.S. District Court in Kansas quashed Service of the Complaint, which prompted the Plaintiff to Motion the Court for U.S. Marshals to serve the SUMMONS upon the Defendants again. After the SUMMONS were served upon the Judge Sloan of Johnson County on **September 18, 2019**, Judge Sloan Ordered an ICPC Regulation 7 on **September 19, 2019**, to the Father's residence in the State of Illinois, upon Approval of Placement for his children which are WARDS OF THE STATE OF KANSAS.

ix.  The Petitioner was Granted by the State of Illinois on **October 17, 2019**, to receive his children back into his care under the ICPC Provisions, which is a Federally Review Law. After that Kansas U.S. District Court Dismissed the Case on the basis of Lack of Jurisdiction, Judge Sloan Omitted her own Order again and has held the children another NINE MONTHS without merit

of law, or any basis or probable cause against the Petitioner. The children remain WARDS OF THE STATE OF KANSAS GOVERNMENT WITHOUT PROBABLE CAUSE.

x. The Petitioner than filed a NOTICE OF APPEAL in the Tenth Circuit Court of Appeals. Before the **Case: 0:2019PR03281,** is yet to be Ruled Upon by the Appellate Court, State Actors, who argued Immunity, have filed another FRAUDULENT Order against the Petitioner aiding and abetting Krissy Gorski, who is a 12 Count Felon, with FOUR PENDING CRIMINAL CASES in Johnson County Kansas, and Clay County Missouri.

xi. Judge Sloan who is a Defendant in the Case: **0:2019PR03281** has illegally hidden the children from the Petitioner, and has allowed a Petition to Terminate the Fathers Rights of the children to be filed in the State of Kansas, all a while denying the Petitioner access to the Court of Johnson County, violating the Petitioners Fundamental Constitutional Rights to the Court of Law.

xii. Johnson County Kansas, Judge Gyllenborg, and Judge Sloan which are State Actors are conspiring with Krissy Gorski, in secrecy to form another Fraudulent Order to mischaracterize the Petitioner to continue hiding the Petitioner Children, and to make another Fraudulent Order to prevent the Petitioner from having access to his children which are WARDS OF THE STATE OF KANSAS.

xiii. Johnson County State Actors have now [Stretched their Arms] in the **State of Illinois** conducting in Fraud, Conspiracy, Cover-up, Malicious Harassment, and Defamation against the Petitioner who is a resident of the **State of Illinois** which gives the United States District of Illinois Jurisdiction pursuant to **28 U.S. Code § 1446 – Removal**, **28 U.S. Code § 1441 – Removal** and **28 U.S. Code § 1443 - Civil Rights** and pursuant to **720 ILCS 5/32-9.5**, for filing a **Fraudulent Foreign Protection Order** in the State of Illinois, aiding and abetting Krissy Gorski who has FOUR pending conviction sentencing for fraud, drug abuse, identity theft and grand theft in the City of Olathe Kansas, Johnson County Kansas, and Clay County Missouri.

## CLAIMS AGAINST THE RESPONDENTS

28 U.S. Code § 1331 - Federal Question, 28 U.S. Code § 1332 – Diversity, 28 U.S. Code § 1441 –
Removal, 28 U.S. Code § 1443 - Civil Rights, 28 U.S. Code § 1446 – Removal,
28 U.S. Code § 4101 – Defamation, 42 U.S. Code § 1983 – Deprivation

18 U.S.C. Code § 1519 - Cover-up, 18 U.S. Code § 2261A (2)(b) – Harassment
720 ILCS 5/32-9.5 Foreign Protection Order Fraud

## CLAIMS AGAINST JOHNSON COUNTY

1. Johnson County Kansas conducted in malicious actions by helping Krissy Gorski elude Service for
   Case: **2017DM0846.** The Petitioner exercised his rights in the Court of Law, but was denied Due
   Process of the Law by Johnson County, to have Krissy Gorski served in Johnson County, when
   Gorski was a resident of Johnson County in **April of 2019.**

2. Johnson County Kansas State Actors conducted in Fraud by allowing Krissy Gorski and Judge
   Gyllenborg to file a **Fraudulent Foreign Protection Order** in the State of Illinois, to assist Gorski
   in hiding the children from the Petitioner, aiding and abetting a criminal.

3. Johnson County Kansas State Actors contrived, falsified and documented a Fraudulent Foreign
   Protection Order in the Court of Law of Kansas, and stretched their arm in the State of Illinois in
   violation of Federal Law pursuant to 18 U.S.C. Code § 1519 and 720 ILCS 5/32-9.5.

4. Johnson County State Actors filed a Fraudulent Protection Order in the State of Illinois Ordering
   Cook County Sheriff's to Serve SUMMONS upon the Petitioner with his family, scaring his children
   and wife, in violation of Federal Law pursuant to 18 U.S. Code § 2261A (2)(b) – Harassment.

5. Johnson County State Actors caused Cook County Sheriff's to come to the sovereign home of
   Shophar with fraudulent claims of "stalking," causing defamation to Mr. Shophar in his
   neighborhood, violating Federal Law pursuant to 28 U.S. Code § 4101.

6. The Petitioner requested Johnson County State Actors not to disclose his home address, however,
   Johnson County State Actors submitted the Petitioners address in the State of Illinois, to Krissy

Gorski with malicious intent to aid and abet Gorski to file Fraudulent claims against the Petitioner in State of Illinois.

7. Johnson County is using the Court Fraudulently, being fully aware that Krissy Gorski is a resident of the State of Missouri and not the State of Kansas, violating 18 U.S.C. Code § 1519.

## CLAIMS AGAINST JUDGE CHRISTINA GYLLENBORG

8. Judge Gyllenborg aided and abetted Krissy Gorski to file a **Fraudulent Foreign Protection Order** in order to place False claims on the Petitioner to impede on the Petitioners ability to have access to his children, violating Federal Law pursuant to 18 U.S.C. Code § 1519 and violating the Petitioners Civil Rights of Due Process pursuant to 42 U.S. Code § 1983 – Deprivation.

9. Judge Gyllenborg aided and abetted Krissy Gorski by not requiring any evidence of Gorski's Fraudulent claims, but signed a Fraudulent Order into Law, and submitted a Fraudulent Protection Order to the **State of Illinois** to mischaracterize the Petitioner in his Domestic Relations Case filed before Honorable Judge William Boyd Case **2017DM0846,** defaming the petitioner pursuant to 28 U.S. Code § 4101 – Defamation.

10. Judge Gyllenborg signed a Fraudulent Protection Order with malicious intent to mischaracterize the Petitioner in the State of Illinois, in Order to hold jurisdiction of the children in the State of Kansas under the UCCJEA Provisions, even after having clear knowledge that Gorski was convicted of current criminal acts in Johnson County and Missouri, violating 42 U.S. Code § 1983 – Deprivation.

11. Judge Gyllenborg signed a Fraudulent Protection Order, being fully aware of Krissy Gorski criminal actions, harassing the Petitioner pursuant 18 U.S. Code § 2261A (2)(b) – Harassment

12. Judge Gyllenborg conspired, contrived and manufacturer a Fraudulent Protection Order against the Petitioner while he is a resident of the **State of Illinois**, in an illegal attempt to hold jurisdiction under the UCCJEA Provisions, to cover-up sexual, and physical abuse of children, after Judge Gyllenborg illegally placed children in Gorski's residential care, while Gorski was, and is currently

prostituting in the State of Kansas, abusing drugs, and committing crimes, while depriving the Petitioner Rights to Court, violating Federal Laws pursuant to 42 U.S. Code § 1983 – Deprivation.

13. Judge Gyllenborg violated the sovereignty of the State of Illinois to maliciously and falsely accuse the Petitioner of stalking in the State of Kansas, even in the midst of a **Pandemic**, committing Fraud of the Court in the State of Illinois against the Petitioner, violating Federal Law 18 U.S.C. Code § 1519, being fully aware Gorski is on record for drug use and **hallucination**.

14. Judge Gyllenborg violated the Petitioner Civil Rights by Ordering a Fraudulent Protection Order against the Petitioner without probable cause or any evidence, violating the Petitioners rights pursuant to 42 U.S. Code § 1983 of Due Process.

15. Judge Gyllenborg knowingly authorized a Fraudulent Protection against the Petitioner sending SUMMONS the Cook County Sheriff to the Petitioner home, harassing the Petitioner's children, and causing distress, violating 18 U.S. Code § 2261A (2)(b) – Harassment.

## CLAIMS AGAINST KRISSY GORSKI

16. Krissy Gorski filed a Fraudulent Claim of Stalking with the intent to extort Federal Funding under the 1994 VAWA ACT, knowingly defaming the Petitioner in violation of 28 U.S. Code § 4101 – Defamation.

17. Krissy Gorski Fraudulently filed in Johnson County Court against the Petitioner though Gorski is a resident of the State of Missouri, violating 18 U.S.C. Code § 1519.

18. Krissy Gorski knowingly falsified claims of stalking, though Gorski is a prostitute in Kansas City Missouri, and the State of Kansas, having posted on public internet to solicit prostitution to thousands of men, in violation of 18 U.S.C. Code § 1519, deliberately making an oath before a Court on False Claims of Abuse against the Petitioner.

19. Krissy Gorski contrived a false narrative of stalking, in an attempt to cover-up sexual abuse and physical abuse to the children violating 18 U.S.C. Code § 1519.

8

20. Krissy Gorski violated 18 U.S. Code § 2261A (2)(b) – Harassment, by filing a Fraudulent Foreign Protection Order, having the Cook County Sheriff serve the Petitioner at his home where his other children live, causing trauma and fear to the children.

21. Krissy Gorski violated the Soverign State of Illinois by filing a Fraudulent Foreign Protection Order against the Petitioner in the State of Illinois pursuant to **720 ILCS 5/32-9.5**.

22. Krissy Gorski knowingly submitted false claims that the Plaintiff traveled to stalk her in the State of Kansas, violating 18 U.S.C. Code § 1519, and **720 ILCS 5/32-9.5.**

23. Krissy Gorski knowingly filed false claims that the Petitioner sent Gorski a letter, although Gorski is a prostitute and has had thousands of sexual relations with strangers in the State of Kansas, Missouri, Michigan, and many other states, and has been abused by strangers and not the Petitioner.

24. Krissy Gorski made false claims of being afraid that the Petitioner could escalate to violence or kill her, knowing full well Gorski called the Petitioner on **September 15, 2015**, requesting to see the Petitioner to "hug him" having no fear of any threat. [The Petitioner can provide audio evidence]

25. Krissy Gorski has fraudulently filed against the Petitioner more than **three times**, to receive Federal Funding under the 1994 VAWA ACT, falsifying claims for nearly **FIVE YEARS**, in violation of **720 ILCS 5/32-9.5,** 18 U.S. Code § 2261A (2)(b) – Harassment and 18 U.S.C. Code § 1519.

## CLAIMS OF THE PETITIONER

26. The Petitioner has not traveled to the State of Kansas, since **September 28, 2017** when Judge Gyllenborg Ordered another Fraudulent Protection Order, claiming the Petitioner "used a drone to follow Krissy Gorski, from Kansas to Michigan, and intercepted [her] calls," after Gorski secretly took the children to the State of Michigan and hid the children from an FBI and Police investigation of sex trafficking. The [drone] claim is outrageous, based on an impossibility for the Petitioner to own a $100,000,000, Million-dollar military drone, and navigate Tri-State.

27. The Petitioner exercised his rights to the Court of Oakland County Michigan and filed a Claim on **August 30, 2017**, to protect his children from any further danger.

28. The Petitioner **has not** spoken with any [niece] of family relation since **September 2017**.

29. Further, the Petitioner has not communicated with Krissy Gorski since **March of 2017**, when Judge Gyllenborg forced the Petitioner in co-parenting sessions against the Petitioners Filed Objections to be in the same room with Gorski, and concerns for further Fraudulent claims of Krissy Gorski.

30. The Petitioner has Constitutional rights to exercise in the Court of Law, pursuant to 28 U.S. Code § 1331 - Federal Question, 28 U.S. Code § 1332 – Diversity, 28 U.S. Code § 1441 – Removal, 28 U.S. Code § 1443 - Civil Rights, 28 U.S. Code § 1446 – Removal; the Petitioner has the Right to Remove Johnson County Kansas Case: **20CV1968**, to the Federal Court based on Diversity, Civil Rights, and a Federal Question of Deprivation of Civil Rights, and Deprivation of Rights to live in Freedom and the Pursuit of Happiness, without the Threat of Fraud from a Court of Law in a Foreign State, outside of the State of Illinois.


WHEREFORE,

The Petitioner prays that this action be removed from the Johnson County District Court for its bad faith filing of the Fraudulent Protection Order stemming out of Kansas and knowing the statements are false, intending to have the State of Illinois enforce it. However, it will be in violation of Illinois 720 ILCS 5/32-9.5 – Making a false statement to obtain an order of protection or civil no contact order. It would be in the interest of Justice that Illinois pursue to investigate the validity of the order to even be allowed to enforce a foreign order.


Since August of 2015 Krissy Gorski has fraudulently filed Protection of Orders out of Johnson County Kansas against the Petitioner and has not been penalized for the abuse of the 1994 Violence Against Women

Act, in order to receive Federal Funding for free housing and other resource meant for true victims. Krissy Gorski is a false accuser and should be penalized, allowed by the Statute of the State of Illinois as she has extended her false allegations into the State of Illinois knowingly making false statements to obtain the Protection Order in Kansas with the bad faith intent to have Illinois enforce a foreign protection order she knows is full of false statements.

**PRAYER FOR RELIEF**

THE PETITIONER PRAYS, that the Federal Court does not remand the case back to the State of Kansas, where the Petitioner will not be given Justice or Fairness, in the Court of Law. The Petitioner Prays that the U.S. District Court of Northern Illinois will consider this Claim as continual Fraud, and Deprivation of Civil Rights against a citizen in the State of Illinois and invoke jurisdiction over the matter unto trial. The Petitioner also request the U.S. District Court of Illinois to review the Appellate Case:**0:2019PR03281**, which was first filed in the State of Illinois for as a Habeas Corpus for the children who are currently being held without probable cause, during the time of a Pandemic, in the State of Kansas as WARDS OF THE STATE OF KANSAS till this very moment for more the TWO YEARS.

Respectfully Submitted,

_____

Jorel Shophar
1900 E. Golf Road Suite 950
Schaumburg, IL 60173
Bus: (773) 563-9851
Shophar@UnitedStatesChurch.info

## CERTIFICATE OF SERVICE

I certify that the on **May 28, 2020**, I filed a Court Action in the United States District Court of Northern

District of Illinois and Electronically submitted a PDF Certified, Mailed Copy to the Recipients of this

Cause of Action Lawsuit filed in Federal Court of Illinois.


**I request Trial to be in the** United States District Court of Northern District of Illinois

**Respondent Recipients**


Johnson County
100 N. Kansas Avenue
Olathe, Kansas 66061


Johnson County District Court
Attn: Judge Christina Gyllenborg
100 N. Kansas
Olathe, KS 66061


Krissy Gorski
3814 S. Rust Rd
Grain Valley MO 64029

## IN THE DISTRICT COURT OF JOHNSON COUNTY KANSAS

| | |
|---|---|
| KRISSY ANN GORSKI<br>Plaintiff<br><br>vs.<br><br>JOREL RAMAN SHOPHAR<br>Respondent | **CASE NO: 20CV1968** |

## NOTICE OF FILING NOTICE OF REMOVAL BY RESPONDENT JOREL SHOPHAR

In accordance of 28U.S.C.§1446(d), take notice that Respondent Jorel Shophar has filed a Notice of Removal (Exhibit 1), removing this Fraudulent Protection Order action from this Court to the United States of the District Court for the Northern District of Illinois pursuant 28U.S.C.§1446(d) - *Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State Court, which shall effect the removal and the State Court shall proceed no further unless and until the case is remanded.*

Respectfully Submitted,

Jorel Shophar
1900 E. Golf Road Suite 950
Schaumburg, IL 60173
Shophar@UnitedStatesChurch.info
Bus: (773) 563-9851

## CERTIFICATE OF SERVICE

I certify that the on May 28, 2020, I filed a copy of this Notice of Filing of Notice of Removal

with the Clerk of District Court of Johnson County Kansas via email and mailed a copy next day

service mail.


Johnson County
100 N. Kansas Avenue
Olathe, Kansas 66061

Johnson County District Court
Attn: Judge Christina Gyllenborg
100 N. Kansas
Olathe, KS 66061


Krissy Gorski
3814 S. Rust Rd
Grain Valley MO 64029

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOREL SHOPHAR<br>   *Petitioners*<br><br>       vs.<br><br>JOHNSON COUNTY KANSAS<br>JUDGE CHRISTINA GYLLENBORG<br>KRISSY GORSKI<br>   *Respondents* | **CASE NO:**<br>28 U.S. Code § 1331 - Federal Question<br>28 U.S. Code § 1332 - Diversity<br>**28 U.S. Code § 1441 - Removal**<br>**28 U.S. Code § 1443 - Civil Rights**<br>28 U.S. Code § 1446 - Removal<br>28 U.S. Code § 4101 - Defamation<br>42 U.S. Code § 1983 – Deprivation<br><br>**REQUEST FOR PROSECUTOR:**<br>18 U.S.C. Code § 1519 - Cover-up<br>18 U.S. Code § 2261A (2)(b) – Harassment<br><br>720 ILCS 5/32-9.5 Foreign Protection Order Fraud |

## AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL

**COMES NOW,** JOREL SHOPHAR, to file an **AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL** in the United States District Court for the Northern District of the **State of Illinois**.

1. I JOREL SHOPHAR have not traveled to the State of Kansas since **September 28, 2017**

2. I JOREL SHOPHAR have not traveled to the State of Missouri since **September 28, 2017**

3. I JOREL SHOPHAR have not seen KRISSY GORSKI in person since **September 28, 2017** in a Court hearing in Johnson County, before Judge Christina Gyllenborg.

4. I JOREL SHOPHAR have not been alone with Krissy Gorski since **August 12, 2015**.

5. I JOREL SHOPHAR am a resident of the State of Illinois since **November of 2018**.

6. I JOREL SHOPHAR have not visited, stalked, called, or sent any letter to Krissy Gorski.

7. I JOREL SHOPHAR have never submitted a letter to KRISSY GORSKI in **my life**.

8. I JOREL SHOPHAR has never hit, punched, or abused KRISSY GORSKI in any way.

9. I JOREL SHOPHAR can submit audio evidence of KRISSY GORSKI'S own words that Gorski has stated "I never hurt her" and "I never hit her."

10. I JOREL SHOPHAR submitted audio evidence personally to JUDGE GYLLENBORG'S email with Gorski's recording expressing, never being hurt by JOREL SHOPHAR.

11. I JOREL SHOPHAR only attempted to serve Krissy Gorski through the Johnson County Sheriff, and Clay County Sheriff for a Domestic Relations case in the State of Illinois.

12. I JOREL SHOPHAR have not sent a post card, gift, mail, or letter to Krissy Gorski.

13. I JOREL SHOPHAR only attained an address through WHITE PAGES to serve KRISSY GORSKI with Legal papers through Johnson County, and Clay County Sheriff, both agencies could not locate Krissy Gorski.

14. I JOREL SHOPHAR attempted to serve Krissy Gorski for a Domestic Relations Case, in Clay County using the Clay County Sheriff by and though an Attorney, after having no known address for Krissy Gorski other than WHITE PAGES online.

WHEREFORE the Petitioner files an Affidavit in Support of Notice of Removal, based on continual false claims of Krissy Gorski, and Johnson County State Actors who must answer in the Court of Law, for harassment, fraudulent protection orders, deprivations, and civil rights violations.

Respectfully Submitted,

Jorel Shophar
1900 E. Golf Road Suite 950
Schaumburg, IL 60173
Bus: (773) 563-9851
Shophar@UnitedStatesChurch.info

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_____
Jorel Shophar

SUBSCRIBED AND SWORN to before me by Jorel Shophar on this _28th_ day of _MAY_, 2020

_____
Notary Public

My commission expires: _5/22/2022_

## CERTIFICATE OF SERVICE

I certify that the on **May 28, 2020** I filed a Court Action in the United States District Court of Northern District of Illinois and Electronically submitted a Certified a Mailed Copy to the Recipients of this Cause of Action Lawsuit filed in Federal Court of Illinois.

**I request Trial to be in the** United States District Court of Northern District of Illinois

**Respondent Recipients**

Johnson County District Attorney's Office
Attn: Assistant District Attorney's Erica Miller
100 N. Kansas Avenue
Olathe, Kansas 66061

Johnson County District Court
Attn: Judge Christina Gyllenborg
100 N. Kansas
Olathe, KS 66061

Krissy Gorski
3814 S. Rust Rd
Grain Valley MO 64029

3

## IN THE DISTRICT COURT OF JOHNSON COUNTY KANSAS

| | |
|---|---|
| KRISSY ANN GORSKI<br>Plaintiff<br><br>vs.<br><br>JOREL RAMAN SHOPHAR<br>Respondent | **CASE NO: 20CV1968** |

### AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL FILING IN FEDERAL COURT

COMES NOW, JOREL SHOPHAR to file an Affidavit in Support of Notice of Removal Filing the U.S. District Court of Northern Illinois.

I JOREL SHOPHAR filed a NOTICE OF REMOVAL in the U.S. District Court of Northern Illinois on May 28, 2020.

I JOREL SHOPHAR have requested the COOK COUNTY SHERIFF'S OFFICE TO SERVE SUMMONS UPON THE RESPONDENTS.

Respectfully Submitted,

Jorel Shophar
1900 E. Golf Road Suite 950
Schaumburg, IL 60173
Shophar@UnitedStatesChurch.info
Bus: (773) 563-9851

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Jorel Shophar

SUBSCRIBED AND SWORN to before me by Jorel Shophar on this _28th_ day of _MAY_, 2020

Notary Public

My commission expires: 5/22/2022

OFFICIAL SEAL
CHRISTINE FALAGARIO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/22/22

## CERTIFICATE OF SERVICE

I certify that the on May 28, 2020, I filed a copy of this Notice of Filing of Notice of Removal with the Clerk of District Court of Johnson County Kansas via email and mailed a copy next day service mail.

Johnson County
100 N. Kansas Avenue
Olathe, Kansas 66061

Johnson County District Court
Attn: Judge Christina Gyllenborg
100 N. Kansas
Olathe, KS 66061

Krissy Gorski
3814 S. Rust Rd
Grain Valley MO 64029